IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Action: 12-cv-01578-LTB-CBS**        FTR - Reporter Deck-Courtroom A402
<u>**Date: January 17, 2013**</u>                        <u>Courtroom Deputy: Robin Mason</u>

<u>*Parties:*</u>                                                       <u>*Counsel:*</u>

MATTHEW ALAN SMITH,                         *Pro Se*

    Plaintiff,

v.

UNITED PARCEL SERVICE,                         Joseph Neguse

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:        2:31 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION for Increase of Admission Request Limit (Docket No. 70, filed on 1/4/2013).

Discussion between the court and Mr. Smith regarding his motion, the request for admission included with the motion, why he needs more than 25 requests for admission, interrogatories, and Rule 26(b)(2)(c) pertaining to limiting the frequency of discovery.

**ORDERED:**   The court **DENIES** the plaintiff's MOTION for Increase of Admission Request Limit (Docket No. 70, filed on 1/4/2013).

Discussion between the court and Mr. Smith regarding the filing of a motion seeking leave to serve additional requests for admission. The court advises Mr. Smith that his motion seeking leave must demonstrate good cause.

Discussion between the court and the parties regarding taking Rule 30(b)(6) depositions, what

discovery the parties still need, Rule 35, the April 1, 2013 discovery cut off date, and how to best move this case forward.

HEARING CONCLUDED.

**Court in recess**:     **3:25 p.m.**
Total time in court:    00:54

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.