IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-01578-LTB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 27, 2013** | Courtroom Deputy: Monique Wiles |

| *Parties:* | *Counsel:* |
|---|---|
| MATTHEW ALAN SMITH, | *Pro Se* |
| Plaintiff, | |
| v. | |
| UNITED PARCEL SERVICE, | Judith Biggs |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:   10:50 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding Plaintiff's **Motions to Compel [Doc. No. 84, filed 2/20/2013, Doc. No. 85, filed 2/20/2013 and Doc. No. 87, filed 2/22/2013]**.

Discussion between the Court and Mr. Smith regarding Mr. Smith's failure to comply with D.C. COLO.. LCivR 37.1.

**ORDERED:**     Plaintiff's **Motions to Compel [Doc. No. 84, filed 2/20/2013,  Doc. No. 85, filed 2/20/2013 and Doc. No. 87, filed 2/22/2013]** are **DENIED** for failure to comply with D.C. COLO.. LCivR 37.1.

To the extent Defense counsel decides to recover those fees and costs incurred from filing Response [Doc. No. 93, filed 3/18/2013], counsel shall file a Bill of Costs within ten days from today's date.  Plaintiff shall then have 21 days to file his Response to the Bill of Costs.

HEARING CONCLUDED.

**Court in recess**: **11:45 a.m.**
Total time in court:   55 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.